IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS L. MIX II,

    Plaintiff,

  v.

Case No. 18-cv-516-bbc

THOMAS LINDH, KAITLIN AHLERS,
ANGELICA ROWEN-FOX, DR. SYED,
DENISE VALERIUS, JAY TURNER,
TRAVIS HAAG AND NICK PESAVENTO,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 01/30/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |